**Order filed January 11, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00081-CV
_____

**ANA MONDRAGON, Appellant**

**V.**

**RALPH ALLEN TIMS, Appellee**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19-FD-1279**

---

## ABATEMENT ORDER

On January 4, 2022, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until April 11, 2022. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.